**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
MIAMI DIVISION
Case No.: 1:22-cv-23581

KIMBERLY SMEAD,

 Plaintiff,

v.

THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY,

 Defendant.
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

 IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their respective counsel, that the action may be, and hereby is, dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.  Each party will bear its own attorneys' fees, costs, and expenses.

***Respectfully Submitted this 28th day of June, 2023.***

| | |
|---|---|
| */s/ Lee W. Marcus* | */s/ Kevin P. Schaefer* |
| Lee W. Marcus (FBN 967076) | Kevin P. Schaefer (FBN. 123688) |
| lmarcus@marcusmyerslaw.com | kevin@longtermdisability.net |
| MARCUS & MYERS, P.A. | Edward Philip Dabdoub (FBN. 45685) |
| 6150 Metrowest Blvd., Ste. 208 | eddie@longtermdisability.net |
| Orlando, Florida 32835 | DABDOUB LAW FIRM, P.A. |
| Tel: (407) 447-2550 | 1600 Ponce de Leon Blvd., Suite 1202 |
| Fax: (407) 447-2551 | Coral Gables, Florida 33134 |
| *Attorneys for Defendant* | Tel: (305) 754-2000 |
| | Fax: (305) 754-2007 |
| | *Attorneys for Plaintiff* |